

**Entered on Docket
October 08, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Never Enough Ballroom

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

NEVER ENOUGH BALLROOM, LLC.,     CASE NO: BK-N-09-53082-gwz

                                                        Small Business case under
                                                       Chapter 11

                                                       ORDER APPROVING DEBTOR'S
                                                       DISCLOSURE STATEMENT

                                                       Hearing Date:  October 5, 2010
                                                       Hearing time:   2:00 p.m

Debtor-in-Possession.
_____/

     A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by

Debtor, Never Enough Ballroom, LLC, on July 1, 2010, as modified by Debtor on July 29, 2010

(herein together the "Disclosure Statement"), referring to a plan under Chapter 11 of the Code

filed by Debtor on July 1, 2010, as modified by a modification filed on July 29, 2010, and

     The Court having conditionally approved the Disclosure Statement by order entered July

1

15, 2010, which order set the hearing of the Disclosure Statement for October 5, 2010 at 2:00 p.m., and

The Court having determined at the October 5th, 2010 hearing, after reviewing the matters before it, and being fully advised in the premises, that the hearing was duly and properly noticed and that the Disclosure Statement contains adequate information, and good cause appearing:

IT IS ORDERED, and notice is hereby given, that the Disclosure Statement is hereby approved.

Submitted on October 7, 2010 by:

WHITE LAW CHARTERED

By: _____/s/ John White_____
      John White, Esq.
Attorney for Debtor- in-possession

###
CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

___     The court has waived the requirements set forth in LR 9021 (b)(1).

_X_    No party appeared at the hearing or filed an objection to the Application.

__      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

___     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the Application, and no parties appeared or filed written objections.

Dated this 7th day of October 2010.

                                        WHITE LAW CHARTERED

                                        ___/s/ John White._____
                                        JOHN WHITE, ESQ.

3