1  John White, Esq.,
   SB #1741
2  335 West First Street                              E-filed: October 21, 2010
   Reno, NV 89503
3  Telephone: (775) 322-8000
4  Facsimile: (775) 322-1228
   john@whitelawchartered.com
5  Attorney for Never Enough Ballroom, LLC.

6

7                    **UNITED STATES BANKRUPTCY COURT**
8
                            **DISTRICT OF NEVADA**
9

10 In re:

11

12 NEVER ENOUGH BALLROOM, LLC.,   )   CASE NO: BK-N-09-53082-gwz
                                  )
13                                )   Small Business Case Under Chapter 11
                                  )
14                                )
                                  )
15                                )   NOTICE OF ENTRY OF ORDER
                                  )   APPROVING DISCLOSURE
16                                )   STATEMENT
                                  )
17 _____ / )

18        PLEASE TAKE NOTICE THAT on October 8, 2010, an ORDER APPROVING
19 DISCLOSURE STATEMENT was entered on this Court's docket. A copy of the same is
20 attached hereto.

21        Dated this 21st day of October 2010.

22                                                WHITE LAW CHARTERED
23
24                                                _____
                                                  by: John White, Esq.
25

26

27
28

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000          *Page 1 - Notice of Entry of Order*
F (775) 322-1228

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached NOTICE OF ENTRY OF ORDER was served on the following interested parties as follows:

<u>X a. via ECF System, on the 21st day of October 2010:</u>

RICHARD G. HILL        greccelle@richardhillaw.com; cdetlie@richardhillaw.com

U.S. Trustee - RN 11 USTPRegion17.RE.ECF@usdoj.gov

John White on behalf of Debtor: john@whitelawchartered.com

<u>X b. via United States mail, postage fully prepaid, on the 21st day of October, 2010, to the interested parties at the addresses listed on the attached mailing matrix, and, to :</u>

    U.S. Trustee
    300 BOOTH STREET #2129
    RENO, NV 89509-1361

    The Clerk of the Court
    UNITED STATES BANKRUPTCY COURT
    (As courtesy copy for The Honorable Judge Gregg W. Zive)
    300 BOOTH STREET
    RENO, NV 89509-1361

    BIGGEST LITTLE CITY INVESTMENTS, l.p.
    C/O MAXUM LLC.
    3702 S. Virginia St. Unit G2
    Reno, NV 89502

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: October 21, 2010.

                                        *Araceli Gonzalez*
                                        Declarant, Araceli González,
                                        Employee, White Law Chartered



**Entered on Docket
October 08, 2010**



_____
Hon. Gregg W. Zive
United States Bankruptcy Judge

John White, Esq., Bar #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Never Enough Ballroom

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

NEVER ENOUGH BALLROOM, LLC.,       CASE NO: BK-N-09-53082-gwz

                                                 Small Business case under
                                                 Chapter 11

                                                 ORDER APPROVING DEBTOR'S
                                                 DISCLOSURE STATEMENT

                                                 Hearing Date:  October 5, 2010
                                                 Hearing time:  2:00 p.m
Debtor-in-Possession.
_____/

       A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by Debtor, Never Enough Ballroom, LLC, on July 1, 2010, as modified by Debtor on July 29, 2010 (herein together the "Disclosure Statement"), referring to a plan under Chapter 11 of the Code filed by Debtor on July 1, 2010, as modified by a modification filed on July 29, 2010, and

       The Court having conditionally approved the Disclosure Statement by order entered July

1

15, 2010, which order set the hearing of the Disclosure Statement for October 5, 2010 at 2:00 p.m., and

The Court having determined at the October 5th, 2010 hearing, after reviewing the matters before it, and being fully advised in the premises, that the hearing was duly and properly noticed and that the Disclosure Statement contains adequate information, and good cause appearing:

IT IS ORDERED, and notice is hereby given, that the Disclosure Statement is hereby approved.

Submitted on October 7, 2010 by:

WHITE LAW CHARTERED

By: _____/s/ John White_____
        John White, Esq.
Attorney for Debtor- in-possession

2

###
CERTIFICATION PURSUANT TO LR 9021

Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

____    The court has waived the requirements set forth in LR 9021 (b)(1).

_X__    No party appeared at the hearing or filed an objection to the Application.

___     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the Application, and no parties appeared or filed written objections.

Dated this 7th day of October 2010.

                                        WHITE LAW CHARTERED

                                        ___/s/ John White._____
                                        JOHN WHITE, ESQ.

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 09-53082-gwz<br>District of Nevada<br>Reno<br>Thu Dec 24 09:43:35 PST 2009 | HILL PROPERTIES LTD.<br>Richard G. Hill, Chartered<br>652 Forest Street<br>Reno, NV 89509-1701 | NEVER ENOUGH BALLROOM, LLC<br>3702 S. VIRGINIA STREET, #F<br>RENO, NV 89502-6043 |
| United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1361 | ADVANCE ME, INC.<br>2015 VAUGHN RD. BLDG. 500<br>KENNESAW, GA 30144-7831 | AMERICAN EXPRESS<br>P.O. BOX 981535<br>EL PASO, TX 79998-1535 |
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN  PA 19355-0701 | AMY GOOKIN<br>280 Galena Pines Rd<br>Reno, NV 89521-9722 | ASCAP<br>2675 PACES FERRY RD. S.E. STE 350<br>ATLANTA, GA 30339-4087 |
| AT & T ADVERTISING<br>P.O. BOX 989046<br>W. SACRAMENTO, CA 95798-9046 | BHLS INVESTMENTS, LLC MINI STORAGE<br>P.O. BOX 7011<br>RENO, NV 89510-7011 | BIGGEST LITTLE INVESTMENTS<br>C/O MAXUM LLC<br>3650 S. VIRGINIA ST. STE K2<br>RENO, NV 89502-6050 |
| Bank of America<br>P.O.Box 25118<br>Tampa, FL 33622-5118 | CAPITAL ONE/COLLECTCORP<br>P.O. BOX 101928<br>BIRMINGHAM, AL 35210-6928 | CITY OF RENO<br>P.O. BOX 1900<br>RENO, NV 89505-1900 |
| EDWARD JAMES ARTHUR STUTESMAN<br>415 RENO AVE., APT. C<br>RENO, NV 89509-2038 | EDWARD STUTESMAN<br>413 RENO AVE. #C<br>RENO, NV 89509 | GEORGIA WRIGHT<br>850 WYOMING AVE.<br>RENO, NV 89503-3319 |
| HARRIET YOUNG<br>3485 SKYLINE BLVD.<br>RENO, NV 89509-5678 | INTEGRA TELECOM<br>1201 NE LLOYD BLVD., STE. 500<br>PORTLAND, OR 97232-1259 | INTEGRA TELECOM<br>200 S. VIRGINIA ST. STE. 400<br>RENO, NV 89501-2407 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | IRENE ROBLES<br>1690 MERCHANT ST. #1028<br>SPARKS, NV 89431-0947 | IRENE ROBLES<br>5200 Los Altos Pkwy Apt #97<br>Sparks, NV 89436-7684 |
| JACK E. KENNEDY, ATTY.<br>425 W. PLUMB LN.<br>RENO, NV 89509-3766 | JEAN MACLYMAN<br>5795 PRIMULA WAY<br>RENO, NV 89511-9072 | KIEV DENBY<br>4050 GARDELLA DR. APT 121<br>RENO, NV 89512-1029 |
| KRXI-TV<br>4920 BROOKSIDE CT.<br>RENO, NV 89502-4102 | Kiev Denby<br>855 Cambridge Way<br>Reno, NV 89511-1313 | LUIS HURTADO<br>314 GREENBRAE DR.<br>SPARKS, NV 89431-3242 |

| | | |
|---|---|---|
| MICHELLE A. MICHELSEN<br>128 EVANS AVENUE<br>RENO, NV 89512 | NEVADA DEPARTMENT OF TAXATION, BANKRUPTCY SE<br>4600 Kietzke Ln., Suite L-235<br>Reno, NV 89502-5045 | NEVADA DEPT. OF EMPLOYMENT, TRAINING, & REHA<br>EMPLOYMENT SECURITY DIVISION<br>500 E. THIRD ST.<br>CARSON CITY, NV 89713-0002 |
| NEVADA LABOR COMMISSION<br>675 Fairview Dr. Suite #226<br>Carson City, NV 89701-5474 | NICOLAS RAEL<br>4720 Pershing Ave SE<br>Albuquerque, NM 87108-3438 | Nicolas Rael<br>37 Prescott St.<br>Attleboro, MA 02703-3313 |
| RAYMOND BOUAS<br>3250 PLUMAS ST. #03-306<br>RENO, NV 89509-4756 | RENO DISPOSAL/WASTE MGT.<br>100 VASSAR ST.<br>RENO, NV 89502-2815 | RICHARD HILL DBA HILL PROPERTIES LTD.<br>652 FOREST<br>RENO, NV 89509-1701 |
| SESAC<br>P.O. BOX 900013<br>RALEIGH, NC 27675-9013 | SIERRA PACIFIC POWER CO. DBA NV ENERGY<br>P.O. BOX 10100<br>RENO, NV 89520-0024 | STANLEY SECURITY<br>917 E. FIRST STREET<br>LAS VEGAS, NV 89101-6414 |
| STATE OF NEVADA, DEPT. OF MOTOR VEHICLES<br>ATTN: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | SYNUX TECHNOLOGIES<br>4782 CAUGHLIN PKWY. STE 502<br>RENO, NV 89519-0992 | TAMERA MCVICKER<br>17650 S. RENO PARK BLVD. #64<br>RENO, NV 89508-8020 |
| TRUCKEE MEADOWS WATER AUTH.<br>1355 CAPITAL BLVD.<br>RENO, NV 89502-7140 | U.S. TRUSTEE - RN - 11<br>300 BOOTH STREET<br>SUITE 2129<br>RENO, NV 89509-1300 | UNITED STATES ATTORNEY<br>100 West Liberty Street #600<br>Reno, NV 89501-1930 |
| UNITED STATES TRUSTEE<br>300 Booth Street #2129<br>Reno, NV 89509-1360 | VETO RAMIREZ III<br>850 WYOMING ST.<br>RENO, NV 89503-3319 | YOUNG ELECTRIC SIGN CO.<br>775 E. GLENDALE AVE.<br>SPARKS, NV 89431-6408 |
| ZURICH AMERICAN INSURANCE COMPANY<br>ATTN: MARC QUIMET 9TH FLOOR, TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196-1091 | EDWARD STUTESMAN<br>2920 MILL ST<br>RENO, NV 89502-2105 | JOHN WHITE<br>335 W FIRST ST<br>RENO, NV 89503-5301 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)WHITE LAW CHARTERED

End of Label Matrix
Mailable recipients   53
Bypassed recipients    1
Total                 54