1  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
   State Bar # CA 117234
2  WILLIAM B. COSSITT, #3484
   OFFICE OF THE UNITED STATES TRUSTEE
3  *USTPRegion17.RE.ECF@usdoj.gov*
   300 Booth Street, Room 3009
4  Reno NV 89509
   Telephone: (775) 784-5335
5  Fax: (775) 784-5531

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | Case no: BK-N-09-53082-GWZ |
| --- | --- | --- |
| | ) | Chapter: 11 |
| NEVER ENOUGH BALLROOM, LLC, | ) | **NOTICE OF HEARING ON** |
| | ) | **MOTION TO CONVERT CASE** |
| | ) | **TO CHAPTER 7 OR DISMISS** |
| | ) | |
| | ) | Hearing Date: April 20, 2011 |
| Debtor . | ) | Hearing Time: 2:00 p.m. |
| | | Est. Time: 10 minutes |

To: Debtor; Debtor's counsel; and Parties in Interest

**NOTICE IS HEREBY GIVEN** that a MOTION TO CONVERT CASE OR DISMISS was filed on March 21, 2011, by the Acting United States Trustee. The Motion seeks the following relief: Conversion or Dismissal of the case for cause due to the Debtor's failure to comply with the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice, and the United States Trustee Program Guidelines. Any Opposition must be filed pursuant to Local Rule 9014(d).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date of this Motion . If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served **no later than 7 business days** before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may refuse to allow you to speak at the scheduled hearing and;

• The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, First Floor, Reno, Nevada, on April 20, 2011, at the time of 2:00 p.m.

DATE: March 21, 2011.

/s/ NICHOLAS STROZZA
Attorney for the U.S. Trustee

**CERTIFICATE OF SERVICE**

1. On March 21, 2011, I served the foregoing NOTICE OF HEARING ON MOTION TO CONVERT OR DISMISS CASE

2. I served the above-named document by the following means to the persons as listed below:

☐ **a. ECF System** (attach Notice of Electronic Filing or list of persons & addresses):

RICHARD G. HILL greccelle@richardhillaw.com, cdetlie@richardhillaw.com
JOHN WHITE bankruptcy@whitelawchartered.com,

john@whitelawchartered.com;jen@whitelawchartered.com

☐ b. U.S. Mail, postage fully prepaid (list persons and addresses):

NEVER ENOUGH BALLROOM, LLC
780 SMITHRIDGE DR #300
RENO, NV 89502

EDWARD STUTESMAN
2920 MILL ST
RENO, NV 89502

ELLEN JEAN WINOGRAD
575 FOREST STREET, STE. 200
RENO, NV 89509

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 21, 2011.

/s/ Robbin Little
ROBBIN LITTLE