```
                              United States Bankruptcy Court
                                     District of Nevada
In re:                                                                      Case No. 09-53082-gwz
NEVER ENOUGH BALLROOM, LLC                                                  Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0978-3          User: wenszellg              Page 1 of 2              Date Rcvd: Mar 23, 2011
                              Form ID: pdf807              Total Noticed: 58
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2011.
```
db         +NEVER ENOUGH BALLROOM, LLC,    780 SMITHRIDGE DR #300,    RENO, NV 89502-5791
cr         +EDWARD STUTESMAN,    2920 MILL ST.,    RENO, NV 89502-2105
intp       +ELLEN JEAN WINOGRAD,    575 FOREST STREET, STE. 200,    RENO, NV 89509-1689
cr         +HILL PROPERTIES LTD.,    Richard G. Hill, Chartered,    652 Forest Street,   Reno, NV 89509-1701
5202219    +AMERICAN EXPRESS,    P.O. BOX 981535,    EL PASO, TX 79998-1535
5397566     AMERICAN EXPRESS BANK FSB,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN  PA 19355-0701
5570675     AMERICAN EXPRESS BANK, FSB,    Becket and Lee LLP, Attorneys for Credit,    PO Box 3001,
             Malvern, PA 19355-0701 (p)
5202220    +AMY GOOKIN,    280 Galena Pines Rd,   Reno, NV 89521-9722
5202221    +ASCAP,   2675 PACES FERRY RD. S.E. STE 350,    ATLANTA, GA 30339-4087
5202222    +AT & T ADVERTISING,    P.O. BOX 989046,    W. SACRAMENTO, CA 95798-9046
5202223    +BHLS INVESTMENTS, LLC MINI STORAGE,    P.O. BOX 7011,    RENO, NV 89510-7011
5558949    +BIGGEST LITTLE CITY INVESTMENTS,    C/O MAXUM LLC,    3702 S. Virginia St. UNIT G2,
             Reno, NV 89502-6051
5202224    +BIGGEST LITTLE INVESTMENTS,    3702 S. VIRGINA ST., UNIT G2,    RENO, NV 89502-6051
5220747     Bank of America,    P.O.Box 25118,    Tampa, FL 33622-5118
5202225    +CAPITAL ONE/COLLECTCORP,    P.O. BOX 101928,    BIRMINGHAM, AL 35210-6928
5202226    +CITY OF RENO,    P.O. BOX 1900,    RENO, NV 89505-1900
5611246     Dept. of Employment, Training and Rehabilitation-,    Employment Security Division,
             500 East Third Street,   Carson City, NV 89713-0030
5330976    +EDWARD JAMES ARTHUR STUTESMAN,    415 RENO AVE., APT. C,    RENO, NV 89509-2038
5202227     EDWARD STUTESMAN,    413 RENO AVE. #C,    RENO, NV 89509
5557751    +ELEN JEAN WINOGRAD, ESQ.,    575 FOREST STREET, STE. 200,    RENO, NV 89509-1689
5592568    +FINANCIAL INVESTIGATIVE SERVICES, INC.,    ATTN: KEMP A. SCHIFFER, CFE,    P.O. BOX 6291,
             RENO, NV 89513-6291
5324875    +GEORGIA WRIGHT,    850 WYOMING AVE.,    RENO, NV 89503-3319
5202228    +HARRIET YOUNG,    3485 SKYLINE BLVD.,    RENO, NV 89509-5678
5247197    +INTEGRA TELECOM,    1201 NE LLOYD BLVD., STE. 500,    PORTLAND, OR 97232-1259
5202229    +INTEGRA TELECOM,    200 S. VIRGINIA ST. STE. 400,    RENO, NV 89501-2407
5202230    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  INTERNAL REVENUE SERVICE,    P.O. Box 21126,   DPN 781,
             Philadelphia, PA 19114)
5239781    +IRENE ROBLES,    5200 Los Altos Pkwy Apt #97,    Sparks, NV 89436-7684
5202231    +IRENE ROBLES,    1690 MERCHANT ST. #1028,    SPARKS, NV 89431-0947
5202232    +JACK E. KENNEDY, ATTY.,    425 W. PLUMB LN.,    RENO, NV 89509-3766
5202233    +JEAN MACLYMAN,    5795 PRIMULA WAY,    RENO, NV 89511-9072
5202235    +KIEV DENBY,    4050 GARDELLA DR. APT 121,    RENO, NV 89512-1029
5202234    +KRXI-TV,    4920 BROOKSIDE CT.,    RENO, NV 89502-4102
5239782    +Kiev Denby,    855 Cambridge Way,    Reno, NV 89511-1313
5202236    +LUIS HURTADO,    314 GREENBRAE DR.,    SPARKS, NV 89431-3242
5202237     MICHELLE A. MICHELSEN,    128 EVANS AVENUE,    RENO, NV 89512
5202238    +NEVADA DEPARTMENT OF TAXATION, BANKRUPTCY SECTION,    4600 Kietzke Ln., Suite L-235,
             Reno, NV 89502-5045
5202239    +NEVADA DEPT. OF EMPLOYMENT, TRAINING, & REHAB,    EMPLOYMENT SECURITY DIVISION,    500 E. THIRD ST.,
             CARSON CITY, NV 89713-0002
5202240    +NEVADA LABOR COMMISSION,    675 Fairview Dr. Suite #226,    Carson City, NV 89701-5474
5202241     NICOLAS RAEL,    4720 Pershing Ave SE,    Albuquerque, NM 87108-3438
5220750    +Nicolas Rael,    37 Prescott St.,    Attleboro, MA 02703-3313
5202242    +RAYMOND BOUAS,    3250 PLUMAS ST. #03-306,    RENO, NV 89509-4756
5202243    +RENO DISPOSAL/WASTE MGT.,    100 VASSAR ST.,    RENO, NV 89502-2815
5202244    +RICHARD HILL DBA HILL PROPERTIES LTD.,    652 FOREST,    RENO, NV 89509-1701
5202245    +SESAC,   P.O. BOX 900013,    RALEIGH, NC 27675-9013
5570677    +SIERRA PACIFIC POWER CO DBA NV ENERGY,    ATTN: Yvonne Enos,    P.O.box 10100,
             Reno, NV 89520-0024
5202246    +SIERRA PACIFIC POWER CO. DBA NV ENERGY,    P.O. BOX 10100,    RENO, NV 89520-0024
5202247     STANLEY SECURITY,    917 E. FIRST STREET,    LAS VEGAS, NV 89101
5202248    +STATE OF NEVADA, DEPT. OF MOTOR VEHICLES,    ATTN: Legal Division,    555 Wright Way,
             Carson City, NV 89711-0001
5202249    +SYNUX TECHNOLOGIES,    4782 CAUGHLIN PKWY. STE 502,    RENO, NV 89519-0992
5202250    +TAMERA MCVICKER,    17650 S. RENO PARK BLVD. #64,    RENO, NV 89508-8020
5202251    +TRUCKEE MEADOWS WATER AUTH.,    1355 CAPITAL BLVD.,    RENO, NV 89502-7140
5202252    +UNITED STATES ATTORNEY,    100 West Liberty Street #600,    Reno, NV 89501-1930
5202254    +VETO RAMIREZ III,    850 WYOMING ST.,    RENO, NV 89503-3319
5592569    +WINOGRAD, ELLEN JEAN,    575 FOREST ST., STE 200,    RENO, NV 89509-1689
5202255    +YOUNG ELECTRIC SIGN CO.,    775 E. GLENDALE AVE.,    SPARKS, NV 89431-6408
5264495    +ZURICH AMERICAN INSURANCE COMPANY,    ATTN: MARC QUIMET 9TH FLOOR, TOWER 2,    1400 AMERICAN LANE,
             SCHAUMBURG, IL 60196-1091
```

```
District/off: 0978-3           User: wenszellg             Page 2 of 2              Date Rcvd: Mar 23, 2011
                               Form ID: pdf807             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5202218      +E-mail/Text: rklepak@capitalaccessnetwork.com Mar 24 2011 01:40:12     ADVANCE ME, INC.,
               2015 VAUGHN RD. BLDG. 500,    KENNESAW, GA 30144-7831
5202253       E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 24 2011 01:38:39     UNITED STATES TRUSTEE,
               300 Booth Street #2129,   Reno, NV 89509
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          WHITE LAW CHARTERED
cr           BIGGEST LITTLE INVESTMENTS, L.P.
5565874      ##BIGGEST LITTLE INVESTMENTS,   C/O MAXUM LLC,   3650 S. VIRGINIA ST., STE. K2,
               RENO, NV 89502-6050
5559825      ##+EDWARD STUTESMAN,    415 Reno Ave. Apt C,   Reno, NV 89509-2038,   (p)
                                                                                  TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2011**                    Signature:   _Joseph Speetjens_

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
*USTPRegion17.RE.ECF@usdoj.gov*
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case no: BK-N-09-53082-GWZ |
| | ) | Chapter: 11 |
| NEVER ENOUGH BALLROOM, LLC, | ) | **NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7 OR DISMISS** |
| Debtor. | ) | Hearing Date: April 20, 2011<br>Hearing Time: 2:00 p.m.<br>Est. Time: 10 minutes |

To: Debtor; Debtor's counsel; and Parties in Interest

**NOTICE IS HEREBY GIVEN** that a MOTION TO CONVERT CASE OR DISMISS was filed on March 21, 2011, by the Acting United States Trustee. The Motion seeks the following relief: Conversion or Dismissal of the case for cause due to the Debtor's failure to comply with the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice, and the United States Trustee Program Guidelines. Any Opposition must be filed pursuant to Local Rule 9014(d).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date of this Motion. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served **no later than 7 business days** before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you <u>must</u> file a **WRITTEN** response to this pleading with the court. You <u>must</u> also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may <u>refuse to allow you to speak</u> at the scheduled hearing and;
>
> • The court may <u>rule against you</u> without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, First Floor, Reno, Nevada, on April 20, 2011, at the time of 2:00 p.m.

DATE: March 21, 2011.

/s/ **NICHOLAS STROZZA**
Attorney for the U.S. Trustee

**CERTIFICATE OF SERVICE**

1. On March 21, 2011, I served the foregoing NOTICE OF HEARING ON MOTION TO CONVERT OR DISMISS CASE

2. I served the above-named document by the following means to the persons as listed below:

☐ **a. ECF System** (attach Notice of Electronic Filing or list of persons & addresses):

RICHARD G. HILL greccelle@richardhillaw.com, cdetlie@richardhillaw.com
JOHN WHITE bankruptcy@whitelawchartered.com,

john@whitelawchartered.com;jen@whitelawchartered.com

☐ b. U.S. Mail, postage fully prepaid (list persons and addresses):

NEVER ENOUGH BALLROOM, LLC
780 SMITHRIDGE DR #300
RENO, NV 89502

EDWARD STUTESMAN
2920 MILL ST
RENO, NV 89502

ELLEN JEAN WINOGRAD
575 FOREST STREET, STE. 200
RENO, NV 89509

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 21, 2011.

/s/ Robbin Little
ROBBIN LITTLE