UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: Never Enough Ballroom

Case #09-53082-GWZ Debtor(s)   For the quarter ending: 12-31-10 [1]
Nov + Dec.
only

The revested debtor hereby submits the following post-confirmation report for this calendar quarter:

1. Date of entry of order confirming plan: 10-8-10

2. Cash balance at beginning of quarter: 1201.01
   Total receipts during quarter: 28,882.33
   Total disbursements during quarter: 30,068.89
   Cash balance at end of quarter: 14.45

3. Payments made pursuant to the Plan this quarter: 30,068.89

   Total payments to be made pursuant to the Plan: See Attached.  N/A
   Cumulative paid to date: 30,068.89
   Balance remaining to be made under the Plan: See Attached.

   As of the end of this reporting period                          Yes        No

4. Are all payments required by the confirmed plan current at this time? [If not, attach explanatory statement identifying payments not made (by creditor, amount and date due), reason for non-payment, and an estimated date as to when payments will be brought current.]    See Attached

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? (If yes, attach an explanatory statement.)                     ✓

6. Have quarterly fees due to the United States Trustee to the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6) and the Plan?    See Attached.                    ✓

---

[1] First report shall be filed for the portion of the calendar quarter from date of confirmation to the end of quarter, and subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion or entry of a final decree closing the case. Reports shall be filed with the court and served on the UST not later than twenty (20) days after expiration of the reported period.

|   |   | Yes | No |
|---|---|---|---|
| 7. | Have all motions, contested matters, and adversary proceedings been resolved? (If no, for each such pending motion, contested matter or adversary proceeding, identify the parties and nature of the dispute and state the anticipated resolution.) | ✓ |   |
| 8. | Has the order confirming the Plan become nonappealable? | DON'T KNOW! |   |
| 9. | Have deposits, if any, required by the Plan been distributed pursuant to the Plan? (If no, please explain.) | ✓ |   |
| 10. | Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan? | ✓ |   |
| 11. | Does any property remain to be transferred pursuant to the Plan? (If yes, identify each such property and the anticipated date of transfer pursuant to the Plan.) |   | ✓ |
| 12. | Has the revested debtor(s) or the successor of the debtor(s) assumed the business or management of the property dealt with by the Plan? | ✓ |   |

13. Anticipated date of motion for final decree: See ATTACHED.

I declare under penalty of perjury that the statements set forth above are true and accurate.

3-29-11
Dated:

*Patricia Ann Ehlers*
Responsible Individual (signature)

PATRICIA ANN EHLERS
Print Name

Current Address:
780 SmiTHRIDGE DR. #300
ReNo, NV. 89502

Telephone Number:
775-351-1779

Never Enough Ballroom  as of 12-31-10                                Case #09-53082-GWZ

4th Quarter Post-Confirmation Report                          Attached Explanatory Statement

Item #3.    Total payments to be made have not been calculated except as we filed on our original petition.  We are paying current bills only.

Item #4.    In this stage of the plan we are only catching up our post-petition bills that are due.  Our plan for paying the pre-petition debt starts October 5, 2011.

At this time we are on our way to catching up and keeping current most of our monthly operating costs.  We have made headway on our rent, staff payroll and general operating costs.  We will start making payments on the back payroll taxes next quarter.

Item #6.    We have not been able to pay our Trustee fees as of 12/31/10.  We will start making payments on account in the first quarter of 2011.

Item #13.    As soon as we can get our Trustee fees and Payroll taxes brought current we will file for the final decree.

*Patricia Ann Ehlers*

Patricia Ann Ehlers, Member/Business Mgr.

775-351-1779

P.S. Please accept my apology for this document being late. It will not happen again.

*Pat*