# United States Bankruptcy Court
## District of Nevada

## NOTICE OF DOCKETING ERROR

| | | | |
|---|---|---|---|
| In Re: | JOHN WHITE, ESQ | | |
| Case Number: | 09−53082−gwz | | |
| Filed On: | 4/4/2011 | Hearing Date: | 4/20/2011 |
| Document Number: | 70, 71 | Hearing Time: | 2:00 PM |
| Title of PDF: | Response (doc#70) and Affidavit (doc#71) | | |

## THE FOLLOWING ERRORS APPEAR ON THE DOCKET:

Referenced PDF is an incorrect image or has an incorrect debtors name or case number. It appears to have been filed in the wrong case.
Please submit an amended pleading or file it in the correct case immediately

Dated: 4/5/11                                                                BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**For additional information, please contact:**
**CM/ECF Customer Support Help Desk: (866) 232−1266 (toll free)**
**E−mail: helpdesk@nvb.uscourts.gov**