John White, Esq.,
SB #1741
335 West First Street
Reno, NV 89503
Telephone: (775) 322-8000
Facsimile: (775) 322-1228
john@whitelawchartered.com
Attorney for Never Enough Ballroom, LLC.

E-filed: 4/5/11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

NEVER ENOUGH BALLROOM, LLC.,       )       CASE NO: BK-N-09-53082-gwz
                                   )
                                   )       Chapter 11
                                   )       AMENDED DEBTOR'S RESPONSE
                                   )       TO MOTION TO CONVERT
                                   )
                                   )       Hearing Date: April 20, 2011
Debtor-in-possession.              )       Hearing Time: 2:00 p.m.
_____ /)

NEVER ENOUGH BALLROOM, LLC., by counsel, hereby responds to the U.S. Trustee's Motion to Convert or Dismiss ("Motion"), filed herein on March 21, 2011 (Docket 65) as follows:

DUTY TO FILE QUARTERLY REPORTS: Debtor is now current with its obligation to file post-confirmation operating reports, to wit: Debtor was current with its Monthly Operating Report requirement on October 8, 2010, when the Order Confirming its Chapter 11 Plan was entered. On March 30, 2011, Debtor filed a tardy Quarterly Operating Report for the remainder of Fourth Quarter, 2010. Debtor's Quarterly Report for the First Quarter, 2011, is not yet due, but will be filed no later than April 15, 2011. See Affidavit of Pat Ehlers, filed separately herewith.

WHITE LAW
CHARTERED
LAWYERS
JTH CENTURY BLDG.
35 W. FIRST STREET
RENO, NV 89503

(775) 322-8000
(775) 322-1228

1

DUTY TO PAY QUARTERLY FEES: The U.S. Trustee estimates in the Motion that Debtor's unpaid quarterly fees through the end of Fourth Quarter 2010 are $3,594.08. Since the Motion was filed, Debtor has paid $2,594.08 of that sum. See affidavit of Pat Ehlers, filed separately herewith. This leaves a balance due of $1,000 at this time. Debtor estimates that this $1,000 will be paid on or about April 15, 2011, being a date before the Motion is to be heard and in any event before the hearing on the Motion.

Debtor plans to promptly pay the estimated $650 Quarterly U.S. Trustee fees as they become due for the First Quarter of 2011, upon being billed for fees due for that Quarter.

Dated April 4th, 2011.

WHITE LAW CHARTERED,

By: _____
John White, Esq.

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228