John White, Esq.,  
SB #1741  
335 West First Street,  
Reno, NV 89503  
Telephone: (775) 322-8000  
Facsimile: (775) 322-1228  
john@whitelawchartered.com  
Attorney for Never Enough Ballroom, LLC.

E-filed: 4-5-11

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

NEVER ENOUGH BALLROOM, LLC.,

Debtor-in-possession.

_____/

CASE NO: BK-N-09-53082-gwz

Chapter 11  
AMENDED  
AFFIDAVIT OF PAT EHLERS IN  
SUPPORT OF DEBTOR'S RESPONSE  
TO MOTION TO CONVERT

Hearing Date: April 20, 2011  
Hearing Time: 2:00 p.m.

Comes now Pat Ehlers, being first duly sworn, who, under pain and penalty of perjury, states as follows:

1. That I am now and at all times material hereto have been the managing member of Debtor, Never Enough Ballroom, LLC.

2. Debtor is current with its obligation to file post-confirmation operating reports, to wit: Debtor was current with its Monthly Operating Report requirement on October 8, 2010, when the Order Confirming its Chapter 11 Plan was entered. On March 30, 2011, Debtor filed a tardy Quarterly Operating Report for the remainder of Fourth Quarter, 2010. Debtor's Quarterly

///  
///  
///

Report for the First Quarter, 2011, is not yet due, but will be filed no later than April 15, 2011.

3. Since the U.S. Trustee's Motion was filed, Debtor has paid to the U.S. Trustee the $2,594.08 of its estimated $3,594.08 in delinquent U.S. Trustee fees, to wit: on or about March 29, 2011, Debtor mailed the U.S. Trustee's office in Atlanta, Georgia its check no. 3173 for $594.08 and on April 4, 2011, mailed that same office its check No. 3184 for $2,000. Affiant estimates that the remaining delinquency ($1,000) will be mailed to that same Atlanta Georgia office on or about April 15, 2011, and, in any event before the hearing on the Motion.

I will cause the Debtor to promptly pay the estimated $650 Quarterly U.S. Trustee fee due for the First Quarter of 2011, which amount has not yet been billed.

FURTHER AFFIANT SAYETH NOT.

Dated April 4th, 2011.

/s/ Pat Ehlers
Pat Ehlers

Subscribed and Sworn to before me, a Notary Public, this 4th day of April, 2011.

/s/ Araceli Gonzalez
Notary Public



ARACELI GONZALEZ
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 10-2994-2 - Expires September 8, 2014

2